No. 70–48.   PRATT ET AL. v. BEGLEY, SECRETARY OF STATE OF KENTUCKY, ET AL.   Affirmed on appeal from D. C. E. D. Ky.   MR. JUSTICE DOUGLAS, MR. JUSTICE BRENNAN, and MR. JUSTICE MARSHALL would note probable jurisdiction and set case for oral argument.   ■

No. 71–1668.   MAYES ET AL. v. ELLIS ET AL.; and

No. 71–1684.   HILL ET AL. v. McKEITHEN, GOVERNOR OF LOUISIANA, ET AL.   Affirmed on appeal from D. C. E. D. La.   MR. JUSTICE DOUGLAS would note probable jurisdiction and set cases for oral argument.   Reported below: 345 F. Supp. 1025.

No. 72–44.   FUGATE, STATE HIGHWAY COMMISSIONER v. POTOMAC ELECTRIC POWER CO. ET AL.   Affirmed on appeal from D. C. E. D. Va.   MR. JUSTICE POWELL took no part in the consideration or decision of this case.

No. 71–1625.   KIRSTEL v. MARYLAND.   Appeal from Ct. Sp. App. Md. dismissed for want of substantial federal question.   MR. JUSTICE DOUGLAS would note probable jurisdiction and set case for oral argument.   ■

No. 72–180.   NATIONAL SMALL SHIPMENTS TRAFFIC CONFERENCE, INC., ET AL. v. RINGSBY TRUCK LINES, INC., ET AL.   Appeal from D. C. Colo. dismissed for want of jurisdiction.

No. 72–232.   BOROUGH OF EAST RUTHERFORD ET AL. v. NEW JERSEY SPORTS AND EXPOSITION AUTHORITY ET AL.   Appeal from Sup. Ct. N. J. dismissed for want of substantial federal question.   MR. JUSTICE DOUGLAS took no part in the consideration or decision of this case.